# Schedule "A"

# Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 4 | 77SuperSevens77 | 364674748430 |
| 5 | 9happy9 | 235783315094 |
| 7 | Accessary | 156467912458 |
| 8 | alodi8867 | 387375012173 |
| 9 | aoyi | 305841757126 |
| 10 | aqc0888888 | 395622959899 |
| 11 | Atomic Punk Inc. | 286177158913 |
| 12 | autumn188 | 296360471177 |
| 14 | baize_yy | 235806910718 |
| 15 | Bargain Warehouse | 162461261532 |
| 16 | beautymallus | 146048631855 |
| 17 | bebetty-88 | 275967601885 |
| 18 | behindthepretty | 225880492749 |
| 19 | binge955 | 315927206420 |
| 20 | BJG Deals | 382085522570 |
| 21 | bodui290 | 176538719233 |
| 24 | cellrite727 | 276567277264 |
| 26 | chuqin-62 | 356275991516 |
| 27 | CleopatraGoods | 355733912038 |
| 28 | copaseticalcat | 405241126160 |
| 29 | creativityparkcentral | 154636662021 |
| 30 | Daily necessities store | 364880975352 |
| 31 | darjea894195 | 365095542234 |
| 33 | elanza771 | 116152657635 |
| 36 | Esukceso | 315062378297 |
| 38 | fcedfdvs | 375461624401 |
| 39 | FODIMON JEWELRY | 405185786814 |
| 42 | gaslooten | 146190764147 |
| 43 | Gifts Store-5 | 123997548742 |
| 44 | girl_dressup | 176429445141 |
| 45 | Global Home Products | 386823771436 |
| 46 | gooddealstar123 | 126515630936 |
| 47 | goole002 | 387609095052 |
| 49 | hdfiuwau | 335385624331 |
| 50 | hello-motorcycle | 395089067126 |
| 51 | hengshuifubaishan_0 | 356084559873 |
| 52 | hsbabyhomes | 315693110735 |

| 53 | htza68 | 386873447328 |
|---|---|---|
| 54 | huiwa-36 | 404962204572 |
| 55 | Huoweiya | 315425303392 |
| 56 | indianrealsp84 | 315972769746 |
| 57 | jiaoqingshangmao | 126760503182 |
| 58 | jiguikeji | 335530198389 |
| 60 | jizhi1048 | 375671015391 |
| 61 | kacaryda | 186215988440 |
| 62 | krist3497 | 315977471549 |
| 63 | Lo Pryce Club | 314438855417 |
| 64 | LUBTFS | 305639141955 |
| 65 | Mik 2024 E-COMMERCE | 155947260613 |
| 66 | Militarycollectors2019 | 163761448772 |
| 68 | minling123 | 326184293080 |
| 69 | moni_7457 | 126524049260 |
| 70 | most_important_beauty | 186682623105 |
| 72 | nhtw9944 | 315952915383 |
| 73 | nsstars | 226408866402 |
| 74 | oukaide-0 | 226403703123 |
| 75 | Outdoor-Hub | 375762352609 |
| 77 | Pousch Outlet | 134841282192 |
| 80 | qfi_36 | 305317881434 |
| 81 | retroyears | 185013152866 |
| 82 | shanghailaife_0 | 285935849124 |
| 84 | shengy634 | 386982659329 |
| 85 | sherry_47 | 364822847296 |
| 86 | SHUNYASHOP | 135264395380 |
| 87 | sixtyshadesofgrey | 226071887637 |
| 88 | s'tar stort | 315678357259 |
| 89 | su3516271 | 176657512958 |
| 90 | TakshOnline | 266419327705 |
| 91 | Tasitble | 387359181472 |
| 93 | thelij83 | 405204294982 |
| 94 | thivi.online | 364793694641 |
| 96 | toyds888 | 375786533196 |
| 97 | tunsha1525 | 226326076830 |
| 98 | uhqo9816 | 286023879044 |
| 99 | WE444 | 226432768762 |
| 104 | xiaoyao02 | 387353654572 |
| 106 | xymfashionstore | 305837683938 |
| 107 | yuyuan-888 | 387499927309 |
| 109 | yyds-2023 | 126615961214 |
| 110 | yyds888 | 126657982420 |
| 112 | zhaobenyi | 315391891428 |
| 113 | zhonglimao-0 | 235780923935 |

| 114 | zhongyang497 | 365170000055 |
|---|---|---|
| 115 | ButtBig | A22O9WBS25PWHR |
| 116 | FATTAH | A3OH33OJGT4ZLM |
| 117 | hehebaihuoshanghang | AGWUNH3KMEP49 |
| 118 | Trim Store | A3FG8BGQOYQ3U9 |
| 120 | CHENNUO | 101667120 |
| 124 | Dongguang | 101567330 |
| 125 | dongmentaishang | 102478098 |
| 126 | Exzpassion | 101565319 |
| 127 | foshanshishaalanshangmao | 102492053 |
| 128 | foshanshizezaojiajuyoux | 101672925 |
| 129 | Golden Koi | 102500031 |
| 130 | guangzhoukunkai | 101689019 |
| 132 | Hongc LLC | 101638846 |
| 133 | hongtaibaozhuangfuliao | 102507417 |
| 134 | Hongwangjie Trading | 101578106 |
| 135 | Jianyuanwenhua | 101670145 |
| 136 | jinanlianjingwangluokeji.com | 102490662 |
| 138 | JUNQI | 101583459 |
| 139 | KEWITY | 101633473 |
| 140 | lanhexingchen | 102477142 |
| 141 | Li loong Toys | 102510034 |
| 144 | LzGUNGY | 101661823 |
| 146 | Nanwang Co. , Ltd. | 101521138 |
| 147 | nice maket for you | 102621662 |
| 150 | Saoakiny | 101576158 |
| 151 | ShoppingNow Co.Itd | 101222732 |
| 153 | szbyhth LLCxy | 102576882 |
| 154 | SZD Co.Ltd | 101240063 |
| 155 | Taizai Trading Co. , Ltd. | 102506719 |
| 156 | Vongem Fashion store | 101651506 |
| 157 | VORCOY | 101616915 |
| 162 | xiuxia shop | 101694125 |
| 163 | Yang cnct | 101638538 |
| 166 | Yijieelectronic | 101593777 |
| 168 | YULIJU | 101651955 |
| 170 | Sailing Expedition | 5b05533159206935a1196bb6 |
| 171 | yajingsongy012 | 63ff10e7ca51360b12630a0a |